PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA MUNAGAY,<br><br>　　　　　　　Defendant. | CASE NO. 1:24-CR-00256-NODJ-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

　　　The government moves the Court to unseal the Indictment in this case. The defendant was served with a summons to make her initial appearance in court on November 13, 2024. Therefore, the case should be unsealed upon her appearance to advise the defendant of the charges against her.

Dated: November 13, 2024　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen A. Escobar*
　　　　　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>SANDRA MUNAGAY,<br><br>     Defendant. | CASE NO. 1:24-CR-00256-NODJ-BAM<br><br>ORDER TO UNSEAL CASE |

  Good cause appearing due to the defendant's initial appearance in this case, it is ordered that the Indictment in the case be UNSEALED.

  IT IS SO ORDERED.

DATED: ~~November 13, 2024~~ **Nov 12, 2024**

                 _/s/ Stanley A. Boone_
                 HON. STANLEY A. BOONE
                 UNITED STATES MAGISTRATE JUDGE