1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   KAREN A. ESCOBAR
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,              | CASE NO. 1:24-CR-000256-NODJ-BAM
   |                                        |
13 |                     Plaintiff,         | JOINT STATUS REPORT AND STIPULATION
   |                                        | REGARDING EXCLUDABLE TIME PERIODS
14 |              v.                        | UNDER SPEEDY TRIAL ACT; ORDER
   |                                        |
15 | SANDRA MUNAGAY,                        | DATE: March 12, 2025
   |                                        | TIME: 1:00 p.m.
16 |                     Defendant.         | COURT: Hon. Barbara A. McAuliffe

17
                              **STIPULATION**
18
       1.      This case set for status conference on March 12, 2025. As set forth below, the parties
19
   now move, by stipulation, to continue the status conference to April 9, 2025, and to exclude the time
20
   period between March 12, 2025 and April 9, 2025 under the Speedy Trial Act.
21
                              **STIPULATION**
22
       Plaintiff United States of America, by and through its counsel of record, and defendant, by and
23
   through defendant's counsel of record, hereby stipulate as follows:
24
       2.      By previous order, this matter was set for status conference on March 12, 2025. By this
25
   stipulation, defendant now moves to continue the status conference until April 9, 2025, and to exclude
26
   time between March 12, 2025, and April 9, 2025, under Local Code T4.
27
   ///
28

   STIPULATION; ORDER                           1

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous investigative reports, witness interviews, and audio/video evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2025 to April 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION; ORDER

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 25, 2025 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: February 25, 2025 | /s/ Douglas C. Foster<br>Douglas C. Foster<br>Counsel for Defendant |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **April 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **February 26, 2025**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION; ORDER                                3