1 MICHELE BECKWITH
United States Attorney
2 JEFFREY A. SPIVAK
KAREN A. ESCOBAR
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000256-TLN-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| SANDRA MUNAGAY, | DATE: July 9, 2025 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.   This case set for status conference on July 9, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to September 24, 2025, and to exclude the time period between July 9, 2025 and September 24, 2025 under the Speedy Trial Act.

2.   If the case does not resolve prior to the September 24, 2025 status conference, the parties will be requesting the Court set the matter for trial.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

3.   By previous order, this matter was set for status conference on July 9, 2025. By this stipulation, defendant now moves to continue the status conference until September 24, 2025, and to exclude time between July 9, 2025, and September 24, 2025, under Local Code T4.

4.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes substantial volumes of financial records, witness interviews, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   c) If the case does not resolve prior to the September 24, 2025 status conference, the parties will be requesting the Court set the matter for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2025 to September 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: June 24, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: June 24, 2025 | /s/ Douglas C. Foster<br>Douglas C. Foster<br>Counsel for Defendant |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 9, 2025 to **September 24, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **June 26, 2025**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE