ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:24-cr-00256-TLN-EPG |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SCHEDULE CHANGE OF PLEA; ORDER |
| v. | |
| SANDRA MUNAGAY, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the trial scheduled to start on April 21, 2026, can be vacated and a change of plea hearing can be scheduled for February 9, 2026, at 10:00 a.m., before the Honorable Dale A. Drozd. The parties have reached a plea agreement to resolve the case and will file that agreement with the Court shortly.

///

///

///

The parties agree that time shall be excluded from January 27, 2026, through February 9, 2026, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  January 27, 2026

/s/ Douglas Foster
Douglas Foster
Counsel for Sandra Munagay

Dated:  January 27, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00256-TLN-EPG |
| Plaintiff, | ORDER |
| v. | |
| SANDRA MUNAGAY, | |
| Defendant. | |

IT IS SO ORDERED that the jury trial set for April 21, 2026, trial confirmation set for March 23, 2026 and status conference set for February 25, 2026 are vacated. A change of plea hearing is set for **February 9, 2026, at 10:00 a.m. in Courtroom 5 before the District Court Judge Dale A. Drozd.**  Time is excluded from January 27, 2026, through February 9, 2026, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 27, 2026**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE